**Fred A. Clarke, for**
appellant; Ringer, Reinwald & Sostrin, for appellee. Opinion by JUSTICE
KILEY. Not to be published in full. Opinion filed April 21, 1954; released for publication May 27, 1954.

The Equitable Life Assurance Society of the United States, Plaintiff-Appellee, v. John O. Wagner, Defendant Below, The Werner Storage and Transfer Company, Garnishee, Defendant Below. On Appeal of David W. Cole, Intervening Petitioner Below, Appellant.

## Gen. No. 46,159. (Abstract of Decision.)

**John**
O. Wagner, for appellant; Schwartz, Allen & Shriman, for appellee.
Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed
April 21, 1954; released for publication May 27, 1954.